## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

In re:

Trenton O'Neal Daniel                                  Case No. 18-70819-SCS
Pamela Suzette Daniel

    Debtors.                                             Chapter 13

Prestige Financial Services, Inc.,

    Plaintiff,

v.

Trenton O'Neal Daniel,
Pamela Suzette Daniel,
and
Michael P. Cotter, Trustee,

    Defendants.

### ORDER GRANTING RELIEF FROM STAY

This cause came upon Plaintiff's Motion for Relief from Stay to proceed against the following described collateral securing its loan to Debtors: a 2013 Hyundai Elantra, VIN KMHDH4AE2DU669571.

**UPON CONSIDERATION WHEREOF**, it appearing that Debtors did not offer any defense to the Motion, that Plaintiff is entitled to the relief sought, and for other good cause shown, it is

**ADJUDGED and ORDERED** that Plaintiff, Prestige Financial Services, Inc., be granted

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
Counsel for Plaintiff

relief from the automatic stay as to the above-described property in accordance with 11 U.S.C. Section 362 so that it may proceed in accordance with state law, and it is further

**ADJUDGED and ORDERED** that the Trustee shall cease making any further distributions on the secured claim of Plaintiff, and it is further

**ADJUDGED and ORDERED** that following any liquidation of the above-described property, Plaintiff may file a proof of claim or amend its previously filed proof of claim as appropriate to an unsecured claim for any deficiency balance remaining due on its claim so long as the deficiency claim is filed within 120 days of the entry of this Order.

ENTER: Oct 21 2018

/s/ Frank J. Santoro
Judge

Entered on Docket: Oct 22 2018

I ask for this:

  /s/ Sara A. John      p.q.
Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
Counsel for Plaintiff

Seen:

 /s/ Warren A. Uthe, Jr. for Michael P. Cotter, by Sara A. John, with express authority
Michael P. Cotter
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
Chapter 13 Trustee

Certificate of Endorsement

The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

    /s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.

**PARTIES TO RECEIVE COPIES**

Sara A. John
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452

Timothy Roy Douglass
291 Independence Blvd., Suite 530, Pembroke #4
Virginia Beach, VA 23462

Michael P. Cotter, Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

Trenton O'Neal Daniel
5829 Waxham Court, Apt. 103
Virginia Beach, VA 23462

Pamela Suzette Daniel
5829 Waxham Court, Apt. 103
Virginia Beach, VA 23462

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 18-70819-SCS
Trenton O'Neal Daniel                                               Chapter 13
Pamela Suzette Daniel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-8        User: paizl          Page 1 of 1           Date Rcvd: Oct 22, 2018
                            Form ID: pdford1     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
db/jdb         +Trenton O'Neal Daniel,   Pamela Suzette Daniel,   5829 Waxham Court,   Apt. 103,
                Virginia Beach, VA 23462-5643

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              Jeremy Calvin Huang    on behalf of Creditor    Lake Land'Or Property Owners Association, Inc
               jhuang@chadwickwashington.com,   lwoodward@chadwickwashington.com
              John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov
              Michael P. Cotter    ecftng@mpcch13.com
              Sara A. John    on behalf of Creditor    Prestige Financial Services, Inc. sara_john@eppspc.com
              Timothy Roy Douglass    on behalf of Joint Debtor Pamela Suzette Daniel tdouglass@johnleeatty.net,
               sharris@johnleeatty.net
              Timothy Roy Douglass    on behalf of Debtor Trenton O'Neal Daniel tdouglass@johnleeatty.net,
               sharris@johnleeatty.net
                                                                                             TOTAL: 6